UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-80053-CR-HURLEY

UNITED STATES OF AMERICA,
 Plaintiff,

v.

LASHONDRA KNOWLES THOMPSON,
 Defendant.
_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION AND JUDGMENT & COMMITMENT ORDER UPON REVOCATION OF SUPERVISED RELEASE

**THIS CAUSE** was before the court for sentencing on December 19, 2008. The above named defendant, having been placed on supervised release pursuant to the Sentencing Reform Act of 1984 and Acts Amendatory thereof, admitted to violating the conditions of supervision to a United States Magistrate Judge. For that reason and the reasons stated on the record, it is

**ORDERED** and **ADJUDGED** that:

1. The Magistrate Judge's report and recommendation are **adopted**.

2. The term and conditions of supervised release are **revoked** and the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **24 months.**

3. Upon the completion of this term of imprisonment, supervision shall be terminated.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 19th day of December, 2008.

copy furnished:
AUSA John C. McMillan, Jr.
Wilbur V. Chaney, Esq.
U.S. Marshal Service
U.S. Probation Office

Daniel T. K. Hurley
United States District Judge